UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                          Case No.: 09-31912
LAURA CAROL ZIEBARTH               Chapter 7
                                                     Hon. Daniel S. Opperman

                                         Debtor(s).
_____/

**NOTICE OF DIVIDEND
LESS THAN $5.00**

TO THE CLERK OF THE COURT:

       The attached check in the amount of $2.58 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| PYOD, LLC., Its Successors And Assigns<br>C/O Resurgent Capital Services<br>#XXX9638<br>PO BOX 19008<br>Greenville, SC 29602 | 1 | $2.58 |

Dated: 4/14/10

                                                     <u>/s/ Collene K. Corcoran, Trustee</u>
                                                     Collene K. Corcoran, Trustee
                                                     PO Box 535
                                                     Oxford, MI 48371
                                                     (248) 969-9300
                                                     ccorcoran@epiqtrustee.com